UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM WISSER,

                    Plaintiff,

-against-

GOVISIT MEDIA LLC,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022
```

21 Civ. 10475 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 18, 2022, the Clerk of Court entered a certificate of default against Defendant, ECF No. 13, and on February 11, 2022, Plaintiff indicated his intent to move for default judgment, ECF No. 14. However, in preparing to file the motion for default, Plaintiff sought leave to file an amended complaint. ECF No. 16. The Court granted Plaintiff's request to file an amended complaint. ECF No. 17. It has now been more than fourteen days since the amended complaint was filed, and Defendant's time to answer or otherwise respond to the amended complaint has expired. ECF No. 21. Accordingly, by **April 18, 2022**, if Defendant has not yet appeared, Plaintiff shall move for default.

    SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                             ANALISA TORRES
                                        United States District Judge