```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/25/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM WISSER,

                    Plaintiff,

-against-                    21 Civ. 10475 (AT)

GOVISIT MEDIA LLC,                **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

      On December 16, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by February 7, 2022. ECF No. 9. On February 11, 2022, Plaintiff informed the Court that Defendant had not appeared in this matter. ECF No. 14. Plaintiff has now made contact with Defendant and Defendant has been ordered to file its answer or otherwise respond to the complaint by May 24, 2022. *See* ECF No. 28. Accordingly, the parties shall submit their joint letter and proposed case management plan by **May 24, 2022**.

      SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge