

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/22/2022_
```

June 17, 2022

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Wisser v. GoVisit Media LLC, 1:21-cv-10475 (AT)

Dear Judge Torres:

    We represent Plaintiff William Wisser in the above-captioned case and write to respectfully request a 30-day extension of time for the parties to file a Notice of Dismissal (or otherwise re-open case).

1) The original deadline is scheduled for June 23, 2022 [Dkt No. 32];

2) This is the first request for an extension of the deadline.

3) No previous extensions have been granted.

4) Defendant GoVisit Media LLC consents to the requested relief.

An extension is requested because, despite best efforts, the parties were not able to consummate the settlement before the original deadline. No other dates will be impacted if the Court grants the requested relief.

GRANTED.  The deadline is extended to **July 25, 2022**.

SO ORDERED.

Dated: June 22, 2022
    New York, New York

_____
ANALISA TORRES
United States District Judge